UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Teresa Herron,

                Plaintiff(s),

v.                                            Case No. 2:19-cv-12357-NGE-CI
                                                    Hon. Nancy G. Edmunds

Polaris Industries, Inc.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Curtis Ivy, Jr as follows:

- SCHEDULING CONFERENCE:  November 10, 2022 at 01:30 PM

    The conference shall be initiated by .

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   Please use the call in information in this notice to join the call. Call-In#: 877-336-1274; Access code 2140210.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K MacKay
                                                          Case Manager

Dated:  November 1, 2022