UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Teresa Herron,

                      Plaintiff(s),

v.                                            Case No. 2:19-cv-12357-NGE-CI
                                                Hon. Nancy G. Edmunds

Polaris Industries, Inc.,

                      Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Curtis Ivy, Jr as follows:

- SCHEDULING CONFERENCE:  November 16, 2022 at 02:00 PM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties are to dial 810-674-0063 and enter Phone Conference ID 245 260 446# to join the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/K MacKay
                                                            Case Manager

Dated:  November 10, 2022