UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERESA HERRON, PERSONAL REPRESENTATIVE OF THE ESTATE OF KORD KOSTICH, DECEASED | )<br>)<br>) Case No. 2:19-CV-12357-NGE-CI<br>)<br>) |
| Plaintiff, | ) JUDGE NANCY G. EDMUNDS<br>) |
| vs. | ) MAGISTRATE JUDGE CURTIS IVY,<br>) JR. |
| POLARIS INC. | )<br>) |
| Defendant. | ) |

**MOTION TO WITHDRAWAL MICHAEL J. MONTGOMERY AND JOHN W. BREIG, JR. AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.25(b), Defendant Polaris Industries Inc., by and through the undersigned counsel, hereby moves this Court to withdraw the appearance of Michael J. Montgomery and John W. Breig, Jr. of the law firm Benesch, Friedlander, Coplan & Aronoff LLP as counsel of record for Defendant Polaris Industries Inc. in the above-captioned case.  Ryan S. Babiuch has also made an appearance as counsel for Defendant and remains counsel of record for Defendant.  However, Mr. Babiuch is no longer associated with the undersigned firm.  All future communications regarding this matter should be directed to Mr. Babiuch at the following:

Ryan S. Babiuch
Nelson Mullins Riley & Scarborough LLP
1111 Superior Ave., Suite 530
Cleveland, OH  44114
216-304-5350

Accordingly, the granting of this motion will not delay this action nor prejudice any party.

| | |
|---|---|
| Dated:  June 6, 2023 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |

/s/ *John W. Breig, Jr.*
MICHAEL J. MONTGOMERY (OH 0070922)
JOHN W. BREIG, JR. (OH 0096767)
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-Mail: mmontgomery@beneschlaw.com
E-Mail: jbreig@beneschlaw.com

*Attorneys for Defendant Polaris Industries Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the U.S. District Court for the Eastern District of Michigan CM/ECF electronic filing system and a copy thereof was served via CM/ECF upon all counsel of record this 6th day of June, 2023, upon:

Wolf Mueller
Mueller Law Firm
41850 W. 11 Mile Road
Suite 101
Novi, MI 48375
*Attorney for Plaintiff*

        */s/ John W. Breig, Jr.*
        JOHN W. BREIG, JR. (OH 0096767)
        *One of the Attorneys for Defendant Polaris Industries Inc.*